# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Stacy Odine Corban
22596 Killy St
Lake Forest, CA  92630-4619

Case No. **8:22-bk-11331-MH**

DATE: 11/7/2022

DEB1 SSN XXX-XX-7425

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY OF INTEREST WITHIN FIFTEEN(15) DAYS FROM THE DATE OF THIS NOTICE.

| NAME & ADDRESS OF CREDITOR | CLAIM AMOUNTS & INFO. | CLASSIFICATION & ACCOUNT |
|---|---|---|
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 1 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| CARRINGTON MORTGAGE SERVICES, LLC<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA  92806 | CLAIM: **$121,636.35**<br>SCHEDULED: $50,000.00<br>DATE FILED: 10/17/2022<br>TRUSTEE CLAIM#: 2 | MORTGAGE ARREARS<br><br>ACCT: **4787**<br>COMM: ARRS DP. TD 22596 KILLY<br>COURT CLAIM#: 2 |
| Carrington Mortgage Services<br>Po Box 5001<br>Westfield, IN  46074-5001 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 3 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| David Harris<br>1141 Summerview Ln<br>Huntingtn Bch, CA  92648-4155 | CLAIM: **$0.00**<br>SCHEDULED: $22,000.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 4 | SECURED<br>PAID OUTSIDE<br>ACCT:<br>COMM: DP PER CLASS 2<br>COURT CLAIM#: |
| Nexus Bankruptcy<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA  92660 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 5 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 6 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |

Case No. **8:22-bk-11331-MH**

| | | |
|---|---|---|
| Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 3700<br>Orange, CA  92868 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 7 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Benjamin Heston<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA  92660 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 8 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| US DEPT OF HOUSING & URBAN DEVELOPEMENT<br>2000 N CLASSEN BLVD<br>SUITE 3200<br>OKLAHOMA CITY, OK  73106 | CLAIM: **$103,630.40**<br>SCHEDULED: $103,630.00<br><br>DATE FILED: 08/09/2022<br>TRUSTEE CLAIM#: 9 | SECURED<br>PAID OUTSIDE<br>ACCT: **3821**<br>COMM: DP. NO ARRS<br>COURT CLAIM#: 1 |

Case No. **8:22-bk-11331-MH**

| In re:<br>Stacy Odine Corban<br>22596 Killy St<br>Lake Forest, CA 92630-4619 | Debtor(s). | CHAPTER 13<br><br>**Case No.:** 8:22-bk-11331-MH |
|---|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as <u>NOTICE OF INTENT TO PAY CLAIMS</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/7/2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

  Benjamin Heston                                      BHESTON.ECF@GMAIL.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/7/2022 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

  Stacy Odine Corban
  22596 Killy St
  Lake Forest, CA 92630-4619

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/7/2022 | REYNA PATRICK | /s/ REYNA PATRICK |
|---|---|---|
| Date | Type Name | REYNA PATRICK |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         F 9013-3.1.PROOF.SERVICE