United States Bankruptcy Court

Central District of California

In re:                                                                                                                                    Case No. 22-11331-MH

Stacy Odine Corban                                                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8       User: admin       Page 1 of 2
Date Rcvd: Jan 13, 2023       Form ID: r341z       Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stacy Odine Corban, 22596 Killy St, Lake Forest, CA 92630-4619 |
| 41255051 | | David Harris, 1141 Summerview Ln, Huntingtn Bch, CA 92648-4155 |
| 41255052 | + | Nexus Bankruptcy, 100 Bayview Circle, Suite 100, Newport Beach, CA 92660-2963 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 14 2023 00:59:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 14 2023 00:59:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41314873 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2023 00:59:00 | BANK OF AMERICA, N.A, C/O CARRINGTON MORTGAGE SERVICES, LLC, 1600 South Douglass Road, Anaheim CA 92806-5948 |
| 41367980 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2023 00:59:00 | BANK OF AMERICA, N.A., CARRINGTON MORTGAGE SERVICES, LLC, 1600 South Douglass Road, Anaheim CA 92806-5948 |
| 41255049 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 14 2023 00:59:00 | Bank of America Home Loans, Po Box 31785, Tampa, FL 33631-3785 |
| 41255050 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 14 2023 00:59:00 | Carrington Mortgage Services, Po Box 5001, Westfield, IN 46074-5001 |
| 41256476 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Jan 14 2023 01:05:48 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| intp | | Courtesy NEF |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: r341z | Total Noticed: 10 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Stacy Odine Corban bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Creditor BANK OF AMERICA  N.A. ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

Form r341z−r341 VAN−02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## RENOTICE CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Stacy Odine Corban

**BANKRUPTCY NO.** 8:22−bk−11331−MH

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7425
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
22596 Killy St
Lake Forest, CA 92630−4619

**DEBTOR'S ATTORNEY:**
Benjamin Heston
100 Bayview Circle, Suite 100
Newport Beach, CA 92660

951−290−2827

**TRUSTEE:**
Amrane (SA) Cohen (TR)
770 The City Drive South Suite 3700
Orange, CA 92868

714−621−0200

Please take notice that the confirmation hearing has been reset for:

**Date:** February 2, 2023    **Time:** 10:30 AM
**Location:** 411 W Fourth St., Crtrm 6C, Santa Ana, CA 92701

Dated: January 13, 2023

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341z−r341 VAN−02) Rev. 05/2010    **27 / JC6**